Roger Foster, Respondent, v. John R. P. Woodriff, Individually and as Executor and Trustee and Donee of a Power under the Last Will and Testament of Edward S. Jaffray, Deceased, and Others, Impleaded with Howard S. Jaffray and Emma H. Jaffray, His Wife, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham and McLaughlin, JJ., dissented.)

Bert C. Vaughn, Appellant, v. Nome Mining Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Irving W. Childs, Respondent, v. Augustine N. Lawrence, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of John Dynan, Appellant, for a Writ of Mandamus against George B. McClellan, as Mayor, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward J. Wessels, Appellant, v. Harry A. Munn, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John A. Philbrick & Brother, Respondent, v. Ignatz Florio Co-operative Association among Corleonesi and Others, Respondents. Hugo S. Mack, Appellant. Frank A. Ten Brook, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Amy N. Frank v. William Carter.— Motion granted, with ten dollars costs.

Jacob Ringheim v. George W. Schlichten.— Motion granted, unless appellant have appeal ready on June 4, 1909.

In the Matter of Mott Haven Canal Docks.— Motion granted, with ten dollars costs.

Jacob S. Schuster v. Robert Reiner.— Motion granted, with ten dollars costs.

Amy Davis v. William P. Fogarty.— Motion granted.

Mary E. McNulty v. Patrick J. McNulty.— Motion granted, with ten dollars costs.

Harry Rich v. Westchester Fire Insurance Company.— Motion granted, with ten dollars costs.